NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. No. 17-343 |
| v. | **MEMORANDUM ORDER** |
| KHAMRAJ LALL, | |
| Defendant. | |

THOMPSON, U.S.D.J.

As stated in the proceedings held before this Court on July 17, 2019, in which Attorneys Jonathan Michael Peck and Thomas S. Kearney for the United States of America and Attorney Jason J. LeBoeuf for Defendant appeared;

IT IS on this 17th day of July, 2019,

ORDERED that Defendant may file motion papers in support of his position by August 2, 2019; and it is further

ORDERED that the United States of America may respond to the above filings by August 16, 2019; and it is further

ORDERED that a telephonic conference will be held on August 29, 2019 at 9:30 AM.

                                               */s/ Anne E. Thompson*
                                               ANNE E. THOMPSON, U.S.D.J.